**No. 66986.**—Simonds Sw & Steel Company *v.* United States (Lansen-Naeve Corp., a/c Albert Klingelhofer, Party in Interest), protest 60/24752.—

Application by party in interest denied.

**No. 66987.**—Framen Steel Supply Company, Inc. *v.* United States, protest 61/20348. Plaintiff's application for rehearing granted.

**No. 66988.**—Appeal 5103.—United States *v.* Geo. S. Bush & Co., Inc.— Appeal dismissed June 15, 1962.

**No. 66989.**—Appeal 5081.—Esso Standard Oil Co. *v.* United States.—

C.D. 2249 affirmed April 11, 1962. C.A.D. 797.

Before the Second Division, August 21, 1962

**No. 66990.**—Morris Struhl, Inc. *v.* United States, protests 58/20387, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.